

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER                                       CLERK'S OFFICE
CLERK OF COURT                                                     202-275-8000

October 12, 2021

2021-192 - In re: XConnect, LLC

# NOTICE OF NON-COMPLIANCE

Your submitted document (Docketing Statement) is not in compliance with the rules of this court.

- The form is incomplete. All items must provide an answer or include "none" or "N/A" where appropriate. Fed. Cir. R. 33.1 (Form 26). *Clerk's Note: The docketing statement is not required in this case. No corrected version is required.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
By: M. Ames, Deputy Clerk